AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| QUIST, GORDON J. | DISTRICT CT-WESTERN DIST, MICH | 05/08/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR STATUS | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2009 to 12/31/2009 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 482 GRAND RAPIDS FORD FEDERAL COURTHOUSE 110 MICHIGAN NW GRAND RAPIDS MI 49503-2363 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Quist, Gordon J.

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/08/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/18/2009 | CHARLES SCHWAB & CO.-IRA DISBRIBUTION-NORMAL | $11,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | United States Russia Foundation | 6/13/09 to 6/20/09 | Russia | Met with Russian judges on judicial ethics and discipline. | Transportation, food, lodging and one boat trip. |
| 2. | United States Russia Foundation | 9/8/09 to 9/9/09 | Chicago, IL | Met with Russian judges on judicial ethics and discipline. | Transportation, food and lodging. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/08/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK | A | Interest | J | T | | | | | |
| 2. CHASE BANK | A | Interest | J | T | | | | | |
| 3. JOHN HANCOCK LIFE INSURANCE (WHOLE LIFE) | | None | | | Redeemed | 8/1/2009 | J | D | |
| 4. NORTHWEST MUTUAL LIFE INS (WHOLE LIFE) | | None | M | T | | | | | |
| 5. INDEPENDENT BANK | A | Interest | J | T | | | | | |
| 6. BROKERAGE ACCT #2 | | | | | | | | | |
| 7. LOOMIS SAYLES BOND CL 1 | | None | | | Sold | 1/21/09 | J | | |
| 8. ARTIO INTL EQUITY FD CL | | None | | | Sold | 01/21/09 | J | | |
| 9. SCHWAB DEPOSIT ACCOUNT | A | Interest | L | T | | | | | |
| 10. RESPONSE GENETICS INC | | None | J | T | Sold (part) | 10/20/09 | J | | |
| 11. | | | | | Buy (add'l) | 1/21/09 | J | | |
| 12. GE MONEY BANK NA 3.75% 09 CD FDIC INS DUE 7/9/09 | A | Interest | | | Matured | 07/09/09 | K | | |
| 13. GE MONEY BANK NA 3.2% 09 FDIC INS DUE 1/9/09 | A | Interest | | | Matured | 01/09/09 | K | | |
| 14. SECURITY B&T 3.15% 09 CD FDIC INS DUE 1/21/09 | A | Interest | | | Matured | 01/21/09 | J | | |
| 15. GE CAPITAL FIN 2.9% 09 CD FDIC INS DUE 2/13/09 | A | Interest | | | Matured | 02/13/09 | K | | |
| 16. WACHOVIA MRTGE BK 2.85% 08 CD FDIC INS DUE 3/30/09 | A | Interest | | | Matured | 03/30/09 | K | | |
| 17. MORGAN STANLEY 3.35% 09 CD FDIC INS DUE 7/8/09 | A | Interest | | | Matured | 07/08/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/08/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WILMINGTON TR BK 2.6% 09 CD FDIC INS DUE 4/27/09 | A | Interest | | | Matured | 04/27/09 | K | | |
| 19. GMAC BANK UT NA 3.25% 09 CD FDIC INS DUE 8/28/09 | A | Interest | | | Matured | 8/28/09 | K | | |
| 20. COMM BANK NV NA 3.55% 09 CD FDIC INS DUE 2/26/10 | A | Interest | | | Redeemed | 8/14/09 | K | | |
| 21. COMPASS BANK NA 1.8% 09 CD FDIC INS DUE 5/20/09 | A | Interest | | | Matured | 05/20/09 | J | | |
| 22. KIMBERLY-CLARK CORP | | None | J | T | Buy | 11/23/09 | J | | |
| 23. TECO ENERGY INC | | None | J | T | Buy | 11/30/09 | J | | |
| 24. U G I CORPORATION NEW | | None | J | T | Buy | 9/23/09 | J | | |
| 25. SCHWAB GNMA FUND INVESTOR SHARES | A | Dividend | | | Buy | 7/1/09 | J | | |
| 26. | | | | | Merged (with line 27) | 8/10/09 | J | | |
| 27. SCHWAB GNMA FUND SELECT SHARES | A | Dividend | K | T | Buy | 7/20/09 | J | | |
| 28. | | | | | Buy (add'l) | 8/4/09 | J | | |
| 29. | | | | | Buy (add'l) | 9/28/09 | J | | |
| 30. | | | | | Buy (add'l) | 10/7/09 | J | | |
| 31. SCHWAB PREMIER INCOME FD | A | Dividend | K | T | Buy | 8/4/09 | J | | |
| 32. | | | | | Buy (add'l) | 8/31/09 | J | | |
| 33. | | | | | Buy (add'l) | 9/18/09 | J | | |
| 34. THIRD AVENUE FOCUSED CREDIT FD INV CL | A | Dividend | K | T | Buy | 9/8/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 9/18/09 | J | | |
| 36. | | | | | Buy (add'l) | 10/12/09 | J | | |
| 37. POWERSHS DB COMMDTY INDX | | None | J | T | Buy | 11/17/09 | J | | |
| 38. POWERSHS DB MULTI SECTOR (DBO) | | None | J | T | Buy | 9/16/09 | J | | |
| 39. BEAL BANK NV NA 1.05% 09 CD FDIC INS DUE 7/22/09 | A | Interest | | | Buy | 1/21/09 | K | | |
| 40. | | | | | Matured | 7/22/09 | K | | |
| 41. EAST WEST BANK .085% 09 CD FDIC INS DUE 3/26/09 | A | Interest | | | Buy | 1/21/09 | K | | |
| 42. | | | | | Matured | 03/26/09 | K | | |
| 43. NY COMMUNITY BANK .7% 09 CD FDIC INS DUE 6/25/09 | A | Interest | | | Buy | 2/17/09 | J | | |
| 44. | | | | | Matured | 06/25/09 | J | | |
| 45. CATHAY BANK NA 1.2% 10 CD FDIC INS DUE 4/6/10 | | None | J | T | Buy | 3/23/09 | J | | |
| 46. BEAL BANK NA .3% 09 CD FDIC INS DUE 12/16/09 | A | Interest | | | Buy | 8/10/09 | J | | |
| 47. | | | | | Matured | 12/16/09 | J | | |
| 48. BEAL BANK NA .65% 10 CD FDIC INS DUE 7/7/10 | | None | J | T | Buy | 10/2/09 | J | | |
| 49. WILMINGTON TR BK .4% 10 CD FDIC INS DUE 4/30/10 | | None | J | T | Buy | 10/20/09 | J | | |
| 50. WILMINGTON TR BK .4% 10 CD FDIC INS DUE 4/30/10 | | None | J | T | Buy | 10/27/09 | J | | |
| 51. AMER EXP CENT BK 1% 11 CD FDIC INS DUE 2/25/11 | | None | J | T | Buy | 11/17/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIRSTMERIT BANK .2% 10 CD FDIC INS DUE 6/16/10 | | None | J | T | Buy | 12/02/09 | J | | |
| 53. BROKERAGE ACCT #1 | | | | | | | | | |
| 54. SCHWAB MUNI MONEY FUND (I.E. SCHWAB TAX EXEMPT FUND) | A | Dividend | J | T | | | | | |
| 55. BROKERAGE ACCT #3 | | | | | | | | | |
| 56. SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 57. BROKERAGE ACCT #4 | | | | | | | | | |
| 58. SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 59. WACHOVIA BANK NA 2.85% 09 CD FDIC INS DUE 3/30/09 | A | Interest | | | Matured | 3/30/09 | J | | |
| 60. SCHWAB GNMA FUND INVESTOR SHARES | A | Dividend | | | Buy | 7/1/09 | J | | |
| 61. | | | | | Merged (with line 62) | 8/10/09 | J | | |
| 62. SCHWAB GNMA FUND SELECT SHARES | A | Dividend | J | T | Buy | 10/27/09 | J | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/08/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/08/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544